## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Robert J. Cummins, d/b/a Bob :
Cummins Construction Company :
 :
 v. :
 :
Bradford Sanitary Authority, : No. 1000 C.D. 2019
   Appellant :
 :
Robert J. Cummins, d/b/a Bob :
Cummins Construction Company, :
   Appellant :
 :
 v. :
 : No. 1009 C.D. 2019
Bradford Sanitary Authority :


# O R D E R

   AND NOW, this 3rd day of August, 2020 it is ORDERED that the above-captioned opinion filed June 8, 2020, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.


          _____
          ANNE E. COVEY, Judge